**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| MAVIS PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  22-143 |
| ) | |
| ALBERTSON'S LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

**PLEASE TAKE** notice that on February 9, 2022, Defendant Safeway, Inc. (incorrectly identified as Albertson's LLC) filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Alexandria Division.

You are also advised that defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division, also filed copies of it with the Clerk of Circuit Court for Arlington County to effect removal pursuant to 28 U.S.C. § 1446(e). This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

Dated: February 9, 2022            **KIERNAN TREBACH LLP**


_/s/Heather S. Deane, Esq._
Kathleen A. Wynne, Esquire (VSB # 48944)
Heather S. Deane, Esq. (VSB # 41895)
Counsel for Safeway, Inc.
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
kwynne@kiernantrebach.com
hdeane@kiernantrebach.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid, this 9th day of February 2022 to:

Mavis Prince, Pro se Plaintiff
4300 N. Carlin Springs Rd. #310
Arlington, VA 22203
202-744-5759


_/s/Heather S. Deane, Esq._
Kathleen A. Wynne, Esquire (VSB # 48944)
Heather S. Deane, Esq. (VSB # 41895)
Counsel for Safeway, Inc.
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
kwynne@kiernantrebach.com
hdeane@kiernantrebach.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MAVIS PRINCE, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALBERTSON'S LLC, )<br><br>Defendant. )<br>_____ ) | Case No.:  22-143 |

**PETITION FOR REMOVAL**

NOW COMES Petitioner, Safeway, Inc. (incorrectly identified as Albertson's LLC), (hereinafter "Safeway" or "Defendant"), by and through its attorneys, Kiernan Trebach LLP, and states as follows:

1.    Petitioner is the Defendant in the captioned litigation.

2.    This action was instituted by Plaintiff against the Defendant by the filing of the Complaint[1] on the 21st day of October, 2021, and the action is now pending in the Circuit Court for Arlington County, At Law Number: CL21004224-00.   Defendant was served with the Complaint on January 20, 2022.

3.    At the time of the commencement of the action, the Plaintiff was a citizen of the Commonwealth of Virginia.  *See Complaint*.

4.    At the time of the commencement of the action Defendant Safeway, Inc. was and is a corporation organized and incorporated under the laws of the State of Delaware, with its principal place of business located in the State of California.

---

[1] Pro se Plaintiff filed a document captioned "Praecipe," which was docketed by the Clerk of the Circuit Court for Arlington County as a "Complaint."  The pleading filed by Plaintiff will be referred to as a "Complaint" for purposes of this Petition.

5.      The amount sued for by Plaintiff is in excess of seventy-five thousand dollars USD ($75,000.00) in that Plaintiff seeks "damages of $400,000, plus punitive damages."  *See Complaint,* attached hereto as Exhibit 1.

6.      This civil action involves a dispute between parties of diverse jurisdictions and is subject to the original jurisdiction of the District Court of the United States pursuant to 28 U.S.C. §§ 1332 and 1441.

7.      Petitioners file herewith the Complaint filed by Plaintiff as part of this Petition.

WHEREFORE, Petitioner prays this case be removed to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated: February 9, 2022                    **KIERNAN TREBACH LLP**


                                           */s/Heather S. Deane, Esq.*
                                           Kathleen A. Wynne, Esquire (VSB # 48944)
                                           Heather S. Deane, Esq. (VSB # 41895)
                                           Counsel for Safeway, Inc.
                                           1233 20th Street, N.W., Suite 800
                                           Washington, DC 20036
                                           Telephone (202) 712-7000
                                           Facsimile (202) 712-7100
                                           kwynne@kiernantrebach.com
                                           hdeane@kiernantrebach.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was mailed first-class, postage prepaid, this 9th day of February 2022 to:

> Mavis Prince, Pro se Plaintiff
> 4300 N. Carlin Springs Rd. #310
> Arlington, VA 22203
> 202-744-5759

> */s/Heather S. Deane, Esq.*
> Kathleen A. Wynne, Esquire (VSB # 48944)
> Heather S. Deane, Esq. (VSB # 41895)
> Counsel for Safeway, Inc.
> 1233 20th Street, N.W., Suite 800
> Washington, DC 20036
> Telephone (202) 712-7000
> Facsimile (202) 712-7100
> kwynne@kiernantrebach.com
> hdeane@kiernantrebach.com